1  Zachary M. Best, SBN 166035
   Tanya E. Moore, SBN 206683
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-02908-WHO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| CHRISTOPHE GREGORIANTE, Trustee of the GREGORIANTE FAMILY LIVING TRUST under Trust Agreement dated May 19, 1983, et al., | |
| Defendants. | |
| CHRISTOPHE GREGORIANTE, Trustee of the GREGORIANTE FAMILY LIVING TRUST under Trust Agreement dated May 19, 1983, et al., | |
| Third Party Plaintiffs, | |
| vs. | |
| HEDYLUNA CORTEZ AND JESUS MURILLO, | |
| Third Party Defendants. | |

1     **IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and
2 Defendants, Christophe Gregoriante, Trustee of the Gregoriante Family Living Trust under
3 Trust Agreement dated May 19, 1983, Marian Gregoriante, Trustee of the Gregoriante Family
4 Living Trust under Trust Agreement dated May 19, 1983, and Third Party Defendants,
5 Hedyluna Cortez, and Jesus Murillo, the parties to this action, that pursuant to Federal Rule of
6 Civil Procedure 41(a)(1)(A)(ii), the above-captioned action and third party action are dismissed
7 with prejudice in their entirety. Each party is to bear its own attorneys' fees and costs.

9 Dated:  3/30/18      MISSION LAW FIRM, A.P.C.

    /s/ Tanya E. Moore
_____
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

14 Dated: March 30, 2018      FREEMAN MATHIS & GARY, LLP

_____
Laura S. Flynn
Attorneys for Defendants,
Christophe Gregoriante and Marian Gregoriante

19 Dated:  3/30/18

    /s/ Curtis E. Allen
_____
Curtis E. Allen
Attorney for Third Party Defendants,
Hedyluna Cortez and Jesus Murillo