United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

FRANCISCA MORALEZ,

Plaintiff,

Case No. 17-cv-02908-WHO

8

9

v.

**ORDER OF DISMISSAL**

Re: Dkt. No. 41

10

CHRISTOPHE GREGORIANTE, et al.,

Defendants.

11

12

13

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is

14

dismissed **with** prejudice. The Clerk shall close the case.

15

Dated: April 12, 2018

16

_____

17

WILLIAM H. ORRICK
United States District Judge

18
19
20
21
22
23
24
25
26
27
28